**WO**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brenda B. Morgan, | ) No. CV-08-888-PHX-DGC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| American Family Mutual Insurance Company, a Wisconsin corporation doing business in the State of Arizona, | ) |
| Defendant. | ) |

Plaintiff has filed a timely motion to amend the complaint. Dkt. #20; *see* Dkt. #16 ¶ 2. Defendant does not oppose the motion. *See* Dkt. ##19, 20-2. The Court will grant the motion pursuant to Rule 15 of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(a)(2) ("[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave where justice so requires.").

**IT IS ORDERED:**

1.      Plaintiff's motion to amend the complaint (Dkt. #20) is **granted**.

2.      The Clerk is directed to file the lodged proposed amended complaint (Dkt. #21).

DATED this 4th day of August, 2008.

*David G. Campbell*

_____

David G. Campbell
United States District Judge